Virginia Ann Conover, appellee, v. Clara K. Michelson, appellant. Gen. No. 36,719.

 Opinion filed December 29, 1933.

Miller, Gorham, Wales & Adams, for appellant. Wetten, Pegler & Dale, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Frank J. Kerber and Anna Kerber, plaintiffs in error, v. Oscar B. McGlasson, defendant in error. Gen. No. 36,754.

Opinion filed December 29, 1933.

John E. Burch and Edward McTiernan, for plaintiffs in error. Michael L. Carmody, for defendant in error.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Harriet A. Rife, appellee, v. William H. Rife, appellant. Gen. No. 37,156.

 Opinion filed December 29, 1933.

Glenn P. Sayers, for appellant. Frank H. Graham and Ina M. R. Campbell, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.